## 62817. McCULLOUGH v. THE STATE.

BANKE, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED OCTOBER 28, 1981.

*Robert M. Coker,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret V. Lines, Paul Howard, Assistant District Attorneys,* for appellee.